FILED
March 6, 2017
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> MICHAEL SNOWDEN-HALL, ) <br> ) <br> Defendant. ) | Case No. 2:17MJ00039-CDK <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  MICHAEL SNOWDEN-HALL , Case No. 2:17MJ00039-CDK , Charge  21USC § 841(a)(1), 846 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__   Release on Personal Recognizance

__   Bail Posted in the Sum of $_____

✔   Unsecured Appearance Bond $ 50,000.00

__   Appearance Bond with 10% Deposit

__   Appearance Bond with Surety

__   Corporate Surety Bail Bond

✔   (Other)        Pretrial conditions as stated on the record.

Issued at  Sacramento, CA  on  March 6, 2017  at  10:05 am .

By  /s/ Allison Claire/s/ Allison Claire
Allison Claire
United States Magistrate Judge

Copy 2 - Court